USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH FASANELLO,

                Plaintiff,

      -against-

UNITED NATIONS INTERNATIONAL
SCHOOL,

                Defendant.
-----------------------------------------------------------------X

1:19-cv-5281-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On May 29, 2020, the Court held a hearing regarding the April 30, 2020 order to show cause "why [Stephen] Roache's previously filed EEOC complaint should not be produced to Plaintiff's counsel, pursuant to Rule 612 of the Federal Rules of Evidence" and "why Plaintiff's counsel should not be granted an opportunity to reopen Mr. Roache's deposition for the limited purpose of inquiring about his EEOC complaint." Dkt. No. 60. For the reasons set forth on the record during the hearing, Plaintiff's application to require Mr. Roache to produce a copy of his EEOC complaint pursuant to Federal Rule of Evidence 612 is granted. Plaintiff will be permitted to reopen the deposition of Mr. Roache for the limited purpose of discussing the EEOC complaint, to the extent relevant to this case. Plaintiff is directed to serve a copy of this order on Mr. Roache and to retain proof of service.

      SO ORDERED.

Dated: May 30, 2020

                                          GREGORY H. WOODS
                                          United States District Judge